# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MASON MAHER, *on behalf of himself and those similarly situated*,<br><br>Plaintiff,<br><br>vs.<br><br>CLIENT SERVICES, INC., and JOHN DOES 1 to 10,<br><br>Defendants. | Civil Action No.: 2:17-cv-00548-SDW-SCM<br><br><br><br>**STIPULATION OF VOLUNTARY**<br>**DISMISSAL WITHOUT PREJUDICE** |

The undersigned, being counsel for all parties who have appeared in this action, represent the parties have amicably resolved this matter, and neither Fed. R. Civ. P. 23(e), 23.1(c), 23.2 nor 66 apply to this matter;

Now, therefore, by this stipulation and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff voluntarily dismisses this action without prejudice as to his individual claims and as to the claims of the putative class, and without costs.

KIM LAW FIRM LLC
Attorneys for Plaintiff

*s/Yongmoon Kim*
DATED: February 6, 2018                Yongmoon Kim

MARSHALL DENNEHEY WARNER COLEMAN
& GOGGIN, P.C.
Attorneys for Defendant

*s/Lawrence J. Bartel*
DATED: February 6, 2018                Lawrence J. Bartel

DATED: Feb. 7, 2018

SO ORDERED:

_____
Susan D. Wigenton, U.S.D.J.